IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**CARRIE DAWN RAPER**                                                                                       **PLAINTIFF**

V.                                            No. 4:23-CV-00646-BRW

**TIM NICHOLS**                                                                                             **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff's complaint asserts claims substantially similar to those made in her amended complaint in a previous case.[2] That case was dismissed for failure to state a claim.[3]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendant for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 31st day of July, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] *Raper v. Nichols*, No. 4:23-CV-00423-BRW (E.D. Ark.), Doc. No. 7.

[3] *Id.* at Doc. No. 10.